**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

_____

|  |  |
|---|---|
| **BILLIE BURNSED,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )  **Case No. 6:11-cv-1819-ORL-22-DAB** |
| | ) |
| **SRS ACQUISITIONS, LLC.,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## DEFENDANT, SRS ACQUISITIONS, LLC.'S NOTICE OF SETTLEMENT

Defendant, SRS ACQUISITIONS, LLC. ("Defendant"), by and through its undersigned counsel, hereby notifies the Court that the parties have reached an amicable settlement in this matter.  Upon finalization of the settlement documents, the parties will file a Joint Stipulation for Dismissal with Prejudice, with the Court.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 18th day of May, 2012.

> JACKSON LEWIS LLP
> 390 North Orange Avenue, Suite 1285
> Post Office Box 3389
> Orlando, Florida 32802-3389
> Telephone:     407 246-8440
> Facsimile:     407 246-8441
>
> By:     */s/ Nicole A. Sbert*
> Joanne B. Lambert
> Florida Bar No. 0899062
> lambertj@jacksonlewis.com
>
> Nicole A. Sbert
> Florida Bar No. 0896861
> sbertn@jacksonlewis.com
>
> Attorneys for Defendant
> SRS ACQUISITIONS, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of May, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to:  Barbra R. Joyner, Esq., Law Office of Barbra R. Joyner, P.A., 1470 E. Michigan Street, Orlando, FL  32806.

> */s/ Nicole A. Sbert*
> Nicole A. Sbert

4828-9753-4223, v. 1