IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BILLIE BURNSED,

    Plaintiff,

v.

SRS ACQUISITIONS, LLC a Florida limited liability company,

    Defendant.

Case No.: 6:11-cv-1819-ORL-22-DAB

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, BILLIE BURNSED, and Defendant, SRS ACQUISITIONS, LLC, by and through their undersigned counsel, hereby dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a) on the grounds that the parties have entered into and executed a Stipulation for Settlement, whereby all of the pending claims in this cause have been compromised and fully resolved.

DATED this 11th day of July, 2012.

LAW OFFICE OF BARBRA JOYNER P.A.
1470 E. Michigan Street
Orlando, FL 32806
Telephone:   407 481-7997
Facsimile:   407 481-7986

By: _____
Barbra R. Joyner
Florida Bar No. 141348
bjoyneresq@aol.com

Attorney for Plaintiff
**BILLIE BURNSED**

JACKSON LEWIS LLP
390 North Orange Avenue, Suite 1285
Post Office Box 3389
Orlando, Florida 32802-3389
Telephone:   407 246-8440
Facsimile:   407 246-8441

By: _____
Nicole A. Sbert
Florida Bar No. 0896861
sbertn@jacksonlewis.com

Attorneys for Defendant
**SRS ACQUISITIONS, LLC**